(December 8, 1978)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE BROWN, JR., Petitioner.—Petition, dated August 19, 1978, for writ of habeas corpus or for release on bail pending appeal, denied. Greenblott, J. P., Sweeney, Kane, Main and Herlihy, JJ., concur.